ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 20  PM 3: 44

CLERK C Reynolds
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRIAN K. MOSLEY and WILLIAM JAMES, <br><br> Plaintiffs, <br><br> v. <br><br> SITEL CORPORATION, INC., <br><br> Defendant. | CIVIL ACTION NO. 1:05-CV-00039-DHB <br><br> **JOINT MOTION TO STAY PROCEEDINGS** |

COMES NOW, Plaintiffs, Brian K. Mosley and William James, and Defendant, SITEL Corporation, jointly, and moves the Court to stay this civil action in its entirety for a period of sixty (60) days to allow the Parties opportunity to mediate the claim and engage in settlement discussions. In support of this Motion, the Parties State as follows:

1. Discovery is set to expire April 2, 2006.

2. Plaintiffs have taken the depositions of Mitch Wells and Ms. Karen Whitman of SITEL.

3. The Defendant has taken the depositions of both Plaintiffs.

4. The Parties, based on the above-referenced deposition testimony, feel it would be in the best interests of the Parties and efficiencies of the Court to engage in significant settlement discussions and mediation prior to undertaking significantly more discovery (numerous additional depositions are expected), to see if the matter can be resolved.

SITEL.PLD153

5.      If the matter is not resolved by June 2, 2006, the Parties would request the Court to allow an additional sixty (60) days for discovery; additional time to designate expert witnesses; and additional time to file appropriate motions, including motions for summary judgment.

WHEREFORE, premises, considered, the Parties request this Court to stay the matter in its entirety from the present until June 2, 2006, to allow settlement discussions and mediation.

Respectfully submitted this 20th day of March, 2006.

Consented to:

| BRIAN MOSLEY AND WILLIAM JAMES, Plaintiffs | SITEL CORPORATION, Defendant |
|---|---|
| *John P. Batson* | *signature* |
| John P. Batson, GA #042150 | Christopher E. Hoyme, NE #18993 |
| 303 Tenth Street | Chad P. Richter, NE #22001 |
| Augusta, GA 30901 | BERENS & TATE, P.C. |
| Telephone: 706-737-4040 | 10050 Regency Circle, Suite 400 |
| Facsimile: 706-736-3391 | Omaha, NE 68114 |
| | Telephone: (402) 391-1991 |
| Attorneys for Plaintiffs | Facsimile: (402) 391-7363 |
| | Email:  hoyme@berenstate.com |
| | chadr@berenstate.com |
| | AND |
| | J. Lewis Sapp, GA #626300 |
| | Stanford G. Wilson, GA #769175 |
| | William A. Pinto, Jr., GA #405781 |
| | ELARBEE, THOMPSON, SAPP & WILSON LLP |
| | 800 International Tower |
| | 229 Peachtree Street, N.E. |
| | Atlanta, GA 30303 |
| | Telephone: (404) 659-6700 |
| | Facsimile: (404) 222-9718 |
| | Email:  sapp@etsw.com |
| | swilson@etsw.com |
| | pinto@etsw.com |
| | |
| | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRIAN K. MOSLEY and WILLIAM JAMES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SITEL CORPORATION, INC., ) <br> ) <br> Defendant. ) <br> _____) | CIVIL ACTION NO. <br> 1:05-CV-00039-DHB <br><br> **ORDER** |

Upon consideration of the Joint Motion to Stay Proceedings, the Court orders that the Joint Motion to Stay Proceedings is granted. This civil action will be stayed through and including June 2, 2006.

It is further ordered that in the event settlement/mediation is not consummated by June 2, 2006, the Court will issue a new scheduling order setting forth cutoff dates for discovery, designation of experts and dispositive motions.

ORDER ENTERED this _____ day of _____, 2006.


_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE

Prepared by:

John P. Batson
303 Tenth Street
P.O. Box 3248
Augusta, GA 30914-3248
(706) 737-4040

SITEL.PLD153

## CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney did this date serve a copy of the within and foregoing pleading upon all counsel of record by one or more of the following method(s):

☑  Depositing the same in a properly addressed envelope with adequate postage thereon to the following address(es):

> Mr. Christopher E. Hoyme
> Mr. Chad P. Richter
> Berens & Tate, P.C.
> 10050 Regency Circle – Suite 400
> Omaha, NE 68114

☐  Delivering a copy to counsel by hand to the following address(es):

☐  Faxing a copy of the same to the following Fax No(s).:

This 20th day of March, 2006.

*John P. Batson*
John P. Batson
Ga. Bar No. 042150
Attorney for Plaintiffs

Prepared by:

John P. Batson
303 Tenth Street
P.O. Box 3248
Augusta, GA  30914-3248

(706) 737-4040

SITEL.PLD153